IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Magistrate Judge Noel |
| Plaintiff, | ) | |
| | ) | Case No: 00-347-03 DWF |
| v. | ) | Date: November 29, 2005 |
| | ) | Court Reporter: |
| **Luis Alberto Rios**, | ) | Tape Number: |
| | ) | Time Commenced: 11:10 a.m. |
| Defendant. | ) | Time Concluded: 11:15 a.m. |
| | | Time in Court: 5 Minutes |

## APPEARANCES:

Plaintiff: Elizabeth Peterson, Assistant U.S. Attorney
Defendant: Kate Menendez

☒ FPD ☐ CJA ☐ Retained ☒ To be appointed

Interpreter / Language: n/a
Date Charges Filed: 11/23/05 Offense:

☒ Charges read into record ☐ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☐ **Charges from other District**

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

**Bond set in the amount of $[Bond amount] with conditions, see Order Setting Conditions of Release.**
Next appearance date is at before U.S. Magistrate Judge for:
☐ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☐ preliminary revocation

☒ Detention hearing waived ☒ Preliminary revocation hearing waived ☐ Removal hearing waived

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information: Defendant is bound over for a final revocation hearing before Judge Frank. Defendant is ordered detained pending that revocation hearing.

s/*Cathy Orlando*
Judicial Assistant