UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-347(DFW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | REASSIGNMENT OF CRIMINAL CASE |
| v. | ) | |
| LUIS ALBERTO RIOS, Defendant. | ) | |

The following criminal case has been reassigned as follows:

<u>Criminal No.</u>

00-347(DFW)

<u>Defendant Name</u>

Luis Alberto Rios

<u>Remove AUSA</u>

James E. Lackner

<u>Add AUSA</u>

David J. MacLaughlin

Dated: November 30, 2005

THOMAS B. HEFFELFINGER
United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
Assistant U.S. Attorney