AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 00-347 (3)**

Luis Alberto Rios

0641-1123-0197-0

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Luis Alberto Rios

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Donovan W. Frank, United States District Court Judge.

G. Schneider

(By) Gloria J. Schneider, Deputy Clerk

November 29, 2005 at Minneapolis, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ____________

Date Received: ________________________ Date of Arrest: ______________________

_________________________________ _________________________________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 11-29-05
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ____________

SCANNED
DEC 05 2005
U.S. DISTRICT COURT MPLS