# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

United States of America,
Plaintiff

v.

Luis Alberto Rios,
Defendant

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Case No: 00-347 (3) (DWF)

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Andrea K. George is substituted as appointed counsel in place of Katherine Menendez in the representation of the above named defendant.

Dated: December 8, 2005

***s/ Andrea K. George***
ANDREA K. GEORGE
Attorney ID No. 202125
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Dated: December 8, 2005

***s/ Katherine M. Menendez***
KATERINE M. MENENDEZ
Attorney ID No. 278014
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415