# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PLEA HEARING

UNITED STATES OF AMERICA, Plaintiff,

v.

Luis Alberto Rios-Munoz, Defendant.

**COURT MINUTES - CRIMINAL**

Case No: Criminal 05-402 PAM and Criminal 00-347 DWF
Date: February 24, 2006
Court Reporter: Lorilee Fink
Time Commenced: 2:00 p.m.
Time Concluded: 2:30 p.m.
Time in Court: Hours & 30 Minutes

Before Paul A. Magnuson, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: Tricia Tingle
For Defendant: Andrea George : FPD 9 CJA 9 Retained 9 Appointed

Interpreter/Language: /

9 Appointment of Counsel requested - 9 granted 9 denied.
9 Appointed

PROCEEDINGS: the Court also addressed the defts violation of supervised release in Cr. 00-347 DWF/SRN. The defendant admits to the violation. Sentencing of the violation shall take place at the same time as sentencing in Cr. 05-402 PAM/AJB.

: **Change of Plea Hearing.**
9 **Initial Appearance.**
9 Indictment waived.

: PLEA:
- : Guilty as to Count(s): one
- 9 "Nolo Contendere" as to Count(s):
- 9 Defendant admits allegations in the Information.

: Presentence Investigation and Report requested.
9 Bond continued.
9 **~Util Set/Reset Hearings:** Sentencing is scheduled for at before.
: Defendant remanded to the custody of the U.S. Marshal.

s/Suzanne M. Ruiz

Calendar Clerk