# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF MINNESOTA*

United States of America,

v.

**SENTENCING NOTICE**

**Case Number Crim. 05-402 (PAM)**

Luis Alberto Rios-Munos,

**Case Number Crim. 00-347 (DWF)**

(x) TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

Courtroom #13W
300 South Fourth Street
Minneapolis, Minnesota 55415

**Before the Honorable Paul A. Magnuson on Wednesday, June 21, 2006 @ 10:00 A.M. for sentencing in Criminal 05-402 PAM and sentencing on violation of supervised release in Criminal 00-347 DWF.**

RICHARD SLETTEN, CLERK

Dated: June 2, 2006

s/ Suzanne M. Ruiz
Suzanne M. Ruiz, Calendar Clerk

cc: Tricia Tingle - A.U.S.A.
Andrea George
U.S. Marshal
U.S. Probation
U.S. Pretrial Services