UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-347

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | REASSIGNMENT OF |
| | ) | CRIMINAL CASE |
| v. | ) | |
| | ) | |
| OLIVO RIOS-PRISCILLIANO, | ) | |
| | ) | |
| Defendant. | ) | |

The following criminal case has been reassigned as follows:

<u>Criminal No.</u>

00-347

<u>Defendant Name</u>

Olivo Rios-Priscilliano

<u>Remove AUSA</u>

Ann M. Anaya

<u>Add AUSA</u>

Elizabeth C. Peterson

Dated: June 6, 2006

RACHEL K. PAULOSE
United States Attorney

s/ Ann Anaya

BY: ANN M. ANAYA
Assistant U.S. Attorney