**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA, )
Plaintiff, )
v. )
)
Luis Alberto Rios-Munoz, )
Defendant. )
)
)
)

## COURT MINUTES - CRIMINAL

BEFORE: Paul A. Magnuson
U.S. District Judge

Case No: 00-347 DWF/SRN
Date:
Court Reporter: Dawn Hansen
Tape Number:
Time Commenced: 10:00 a.m.
Time Concluded: 10:30 a.m.
Time in Court: Hours & 30 Minutes

## APPEARANCES:

Plaintiff: Tricia Tingle, Assistant U.S. Attorney
Defendant: Andrea George : FPD 9 CJA 9 Retained 9 To be appointed

Interpreter / Language: /

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
9 Hearing on Report on Defendant Under Supervision (Filing No. )
9 Preliminary Examination 9 Waived 9 Detention Hearing 9 Waived
9 Federal Public Defender appointed to represent the defendant.
9 Government's motion for Detention 9 Granted 9 Denied.
: Defendant admits allegations. 9 Defendant denies allegations.

## ORDERED:

9 COURT TO UNSEAL PETITION/REPORT (Filing No. )
9 Defendant released on same terms and conditions of supervised release.
9 Detention Hearing scheduled for.
: Defendant remanded to custody of the U.S. Marshal.
9 Violation of Supervised Release Hearing set for before Judge.
9 Defendant sentenced to pay fine of $ as to Count(s) and costs.
9 Report on Offender Under Supervision is granted or denied.
9 Probation continued for a term of.
9 Supervised Release continued for a term of.
: Defendant is sentenced to: 4 months. The term of imprisonment shall run concurrent with sentence imposed in Cr. 05-402 PAM/AJB.
: Written order to be issued.

s/Suzanne M. Ruiz
Calendar Clerk